UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------ x
EVANGELA HENRY, KATHERINE HERRING, :
DEBORAH HICKS, RICHARD HIGHFILL, :
MARCELLA HILL, SUSAN HINDERER-HALL, :
MARY HOLLIDAY, LEWANNA HOLMES, :
EVIE HONEA, BOBBY HOOKER, JANE :
HOOVER, GEORGIA HOPSON, MELBA :
HORN, SYLVIA HOTH, SUSAN HOWELL, :
SHERILYN HUDSON, LEANN HUGHES, :
LINDA HUMPHREY, ONA ANN HURD, TINA :
HURLEY, :
 :
   Plaintiffs. : Civil Action
v. : No. 04-11252-GAO
 :
INDEVUS PHARMACEUTICALS, INC., F/K/A :
INTERNEURON PHARMACEUTICALS, INC.; :
WYETH, INC., F/K/A AMERICAN HOME :
PRODUCTS CORPORATION; WYETH :
PHARMACEUTICALS, INC F/K/A WYETH- :
AYERST PHARMACEUTICALS, INC., A :
DIVISION OF AMERICAN HOME PRODUCTS :
CORPORATION; AND BOEHRINGER :
INGELHEIM PHARMACEUTICALS, INC., :
 :
   Defendants. :
------------------------------------ x

**NOTICE OF APPEARANCE**

Please enter our appearance as counsel of record for Defendant Boehringer Ingelheim Pharmaceuticals, Inc. in the above-captioned action.

Dated: June 28, 2004  
      Boston, Massachusetts

Respectfully submitted,

/s/Matthew J. Matule  
Matthew J. Matule (BBO #632075)  
SKADDEN, ARPS, SLATE,  
  MEAGHER & FLOM LLP  
One Beacon Street  
Boston, Massachusetts 02108  
(617) 573-4800

Of Counsel:  
Barbara Wrubel  
Katherine Armstrong  
SKADDEN, ARPS, SLATE,  
  MEAGHER & FLOM LLP  
Four Times Square  
New York, NY 10036  
(212) 735-3000

Counsel for Defendant  
Boehringer Ingelheim Pharmaceuticals, Inc.