UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
EVANGELA HENRY, KATHERINE HERRING,      :
DEBORAH HICKS, RICHARD HIGHFILL,        :
MARCELLA HILL, SUSAN HINDERER-HALL,     :
MARY HOLLIDAY, LEWANNA HOLMES,          :
EVIE HONEA, BOBBY HOOKER, JANE          :
HOOVER, GEORGIA HOPSON, MELBA           :
HORN, SYLVIA HOTH, SUSAN HOWELL,        :
SHERILYN HUDSON, LEANN HUGHES,          :
LINDA HUMPHREY, ONA ANN HURD, TINA      :
HURLEY,                                 :
                                        :
       Plaintiffs,                      :   Civil Action
v.                                      :   No. 04-11252-GAO
                                        :
INDEVUS PHARMACEUTICALS, INC., F/K/A    :
INTERNEURON PHARMACEUTICALS, INC.;      :
WYETH, INC., F/K/A AMERICAN HOME        :
PRODUCTS CORPORATION; WYETH             :
PHARMACEUTICALS, INC F/K/A WYETH-       :
AYERST PHARMACEUTICALS, INC., A         :
DIVISION OF AMERICAN HOME PRODUCTS      :
CORPORATION; AND BOEHRINGER             :
INGELHEIM PHARMACEUTICALS, INC.,        :
                                        :
       Defendants.                      :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

## NOTICE OF APPEARANCE

Please enter our appearance as counsel of record for Defendant Indevus Pharmaceuticals, Inc. in the above-captioned action.

| | |
|---|---|
| Dated:  September 2, 2004<br>         Boston, Massachusetts | Respectfully submitted,<br><br>/s/Matthew J. Matule<br>Matthew J. Matule (BBO #632075)<br>SKADDEN, ARPS, SLATE,<br>   MEAGHER & FLOM LLP |
| Of Counsel:<br>Barbara Wrubel<br>Katherine Armstrong<br>SKADDEN, ARPS, SLATE,<br>   MEAGHER & FLOM LLP<br>Four Times Square<br>New York, NY 10036<br>(212) 735-3000 | One Beacon Street<br>Boston, Massachusetts 02108<br>(617) 573-4800<br><br><br>Counsel for Defendant<br>Indevus Pharmaceuticals, Inc. |